## STATE OF INDIANA *v.* TAM.

[No. 22,178. Filed October 16, 1912.]

From Cass Circuit Court, *John S. Lairy,* Judge.

Prosecution by the State of Indiana against Robert S. Tam. From a judgment overruling a demurrer to a plea in abatement, this appeal is prosecuted. *Affirmed.*

*Thomas M. Honan,* Attorney-General, *Michael L. Fansler* and *Walter W. Foskett,* for the State.

*O. B. Conant* and *Long, Yarlott & Souder,* for appellee.

MORRIS, J.—The identical questions are involved in this appeal that were presented in *State* v. *Tam* (1912), *ante* 313, 99 N. E. 424, and on the authority of that case the judgment from which this appeal is prosecuted is affirmed.

## McCAMMON ET AL. *v.* MORRIS.

[No. 21,774. Filed November 1, 1912.]

From Superior Court of Marion County (78,590) ; *James M. Leathers,* Judge.

Action by Lewis A. McCammon and another against Benjamin F. Morris. From a judgment for defendant, the plaintiffs appeal. *Affirmed.*

*Robert W. McBride, Lewis A. McCammon* and *William S. Lines,* for appellants.

*Benjamin F. Morris,* for appellee.

MORRIS, J.—The questions presented in this appeal are the same as those decided in the case of *Selvage* v. *Talbott* (1911), 175 Ind. 648, 95 N. E. 114, and on the authority of that case the judgment from which this appeal is prosecuted is affirmed.